UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAHIG BISHAY,

    *Plaintiff*,

v.

FRANK DENNIS SAYLOR, IV, *et al.*,

    *Defendants*.

Civil Action No. 25-03102 (AHA)

## Memorandum Opinion

Bahig Bishay filed this action against 22 judicial officers, including U.S. district and circuit court judges. ECF No. 1. Bishay apparently seeks to relitigate several cases that have been dismissed and bring claims against the judges who adjudicated those prior cases, despite a prior order of this court enjoining him "from filing any civil action in this or any other federal court without first obtaining leave of that court" and meeting several other preconditions. *Bishay v. Harris*, 668 F. Supp. 3d 9, 14 (D.D.C. 2023), *aff'd*, No. 23-5019, 2023 WL 6784306 (D.C. Cir. Oct. 6, 2023). After the court issued this injunction, Bishay failed to seek leave before filing another suit in this court, and the court accordingly dismissed the action. *Bishay v. McFadden*, No. 24-cv-2086, 2024 WL 3581349, at *1 (D.D.C. July 30, 2024), *aff'd*, No. 24-5197, 2025 WL 289575 (D.C. Cir. Jan. 24, 2025). Because Bishay has yet again failed to satisfy the preconditions set forth in *Bishay v. Harris*, this action is dismissed.

As in *Bishay v. McFadden*, this action also must be dismissed because Bishay's complaint alleges conduct performed in the judicial defendants' judicial capacities, and "judicial officers are

immune from suit for their judicial acts." 2024 WL 3581349, at *1 (citing *Atherton v. D.C. Off. of Mayor*, 567 F.3d 672, 682 (D.C. Cir. 2009)).

Accordingly, this action is dismissed with prejudice. Bishay's outstanding motions are denied as moot.

A separate order accompanies this memorandum opinion.

_____
AMIR H. ALI
United States District Judge

Date:   October 15, 2025